**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division**

Joshua Leisner, et al.
                                    Plaintiff,
v.                                                         Case No.: 1:18–cv–04162
                                                           Honorable Steven C. Seeger
Chicago Chop House, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 30, 2019:

    MINUTE entry before the Honorable Steven C. Seeger: The Agreed Motion for Voluntary Dismissal of Defendants Chop Hospitality LLC and Matthew McCahill (Dckt. No. [131]) is hereby granted. Chop Hospitality LLC d/b/a Chicago Chop House and Matthew McCahill are dismissed without prejudice. Motion hearing on January 6, 2020 is stricken. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.