# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Joshua Leisner, et al.
                                          Plaintiff,

v.                                                                                      Case No.: 1:18−cv−04162
                                                                                      Honorable Sunil R. Harjani

Chicago Chop House, Inc., et al.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 20, 2020:

      MINUTE entry before the Honorable Sunil R. Harjani: Motion hearing held. For the reason stated in open court, Plaintiffs' Joint Motion for Approval of FLSA Settlement and Attorney's Fees [139] is granted. The stipulation to dismiss with prejudice shall be filed by 3/12/2020. Counsel shall resubmit its proposed order to Judge Harjani's order box at Proposed_Order_Harjani@ilnd.uscourts.gov. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.